Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

United States of Bankruptcy Court
District of New Jersey

_____

In Re:    Coulter, James B; Coulter, Stacy S

        Chapter 13
        Case Number: 25-19283 (JNP)
        Hearing Date: 1/21/2026
        Judge: Jerrold N. Poslusny, Jr.

_____

<u>**DEBTOR'S CERTIFICATION IN SUPPORT OF CONFIRMATION**</u>

We, James and Stacy Coulter hereby state:

1. When we completed our Chapter 13 schedules, we noted that the value of our jewelry was $4,000. Our attorney asked us to use a liquidation standard; that is the value we would obtain if we had a two to four weeks to sell or if we went to a pawn shop.

2. At our §341(a) meeting when we were asked, Stacy replied that our jewelry was worth much more, as if we had to go shopping for our everyday jewelry, costume jewelry, wedding bands and engagement ring, and re-purchase everything.

3. We submit this certification to verify that we believe if we had to sell our jewelry we would probably receive about $4,000 and to purchase all new jewelry it may cost us as much as $10,000.

In accordance with D.N.J. LBR 7007-1, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I am aware that if the statements made are willfully false, I am subject to punishment.

Date:  01/14/2026                                                                                           /s/ James Coulter

         01/14/2026
                                                                                                                      /s/ Stacy Coulter