Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−19283−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James B Coulter
139 Manor Road
Gibbsboro, NJ 08026−1319

Stacy S Coulter
fka Stacy A Steinhoff
139 Manor Road
Gibbsboro, NJ 08026−1319

Social Security No.:
　xxx−xx−1265

　xxx−xx−1110

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

　　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 22, 2026.

Dated: January 22, 2026
JAN: as

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19283-JNP |
| James B Coulter | Chapter 13 |
| Stacy S Coulter | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 22, 2026 | Form ID: plncf13 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James B Coulter, Stacy S Coulter, 139 Manor Road, Gibbsboro, NJ 08026-1319 |
| 520800151 | + | Action Karate, 700 Cooper Rd,, Voorhees, NJ 08043-3811 |
| 520800152 | | Advocare Allergy and Asthma, 54 E Main St, Marlton, NJ 08053-2141 |
| 520800153 | | Advocare Atrium Pediatrics, 301 Old Marlton Pike W #1st, Marlton, NJ 08053 |
| 520800154 | | Advocare ENT Specialty Center, 406 Lippincott Dr Ste F, Marlton, NJ 08053-4168 |
| 520800158 | | Apria, Po Box 3475, Toledo, OH 43607-0475 |
| 520800164 | + | Boro of Gibbsboro Municipal Court, 606 W Nicholson Rd,, Audubon, NJ 08106-1907 |
| 520800165 | + | Borough of Gibbsboro, 49 Kirkwood Road, Gibbsboro, NJ 08026-1432 |
| 520800173 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 520800175 | + | Cooper University Healthcare, PO Box 2090, Morrisville, NC 27560-2090 |
| 520800176 | | Cord Blood Registry, 6550 S Bay Colony Dr Ste 160, Tucson, AZ 85756-7171 |
| 520800180 | + | Gibbsboro Boro Municipal Court, 606 W Nicholson Road, Audubon, NJ 08106-1907 |
| 520800184 | + | Katz JCC, 1301 Springdale Rd,, Cherry Hill, NJ 08003-2763 |
| 520800193 | + | Regional Sewer Service Invoice, Po Box 1105, Bellmawr, NJ 08099-5105 |
| 520800195 | + | South Jersey Radiology, PO Box 748490, Atlanta, GA 30374-8490 |
| 520800199 | | Virtua, Po Box 8500-8267, Philadelphia, PA 19178-0001 |
| 520800200 | + | Wahl, Dr. Charles, 108 West Collings Avenue, Collingswood, NJ 08108-3015 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2026 21:10:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2026 21:10:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: camanagement@mtb.com | Jan 22 2026 21:10:00 | M&T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 520800156 | | Email/Text: ally@ebn.phinsolutions.com | Jan 22 2026 21:08:00 | ALLY FINANCIAL, Po Box 380902, Bloomington, MN 55438-0902 |
| 520800157 | ^ | MEBN | Jan 22 2026 21:07:05 | APEX ASSET MANAGEMENT, fbo Virtua, PO Box 5407, Lancaster, PA 17606-5407 |
| 520800159 | ^ | MEBN | Jan 22 2026 21:07:38 | ARstrat, 231 W. Main St 2nd Floor, Denison, TX 75020-3024 |
| 520800155 | ^ | MEBN | Jan 22 2026 21:06:54 | Advocare, LLC, Po Box 71422, Philadelphia, PA 19176-1422 |
| 520802081 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 21:21:27 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520843309 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 25-19283-JNP    Doc 36    Filed 01/24/26    Entered 01/25/26 00:17:00    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 22, 2026 | Form ID: plncf13 | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 22 2026 21:21:28 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520802965 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:21:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520800160 | | Email/Text: bankruptcy@pepcoholdings.com | Jan 22 2026 21:10:00 | Atlantic City Electric, 5 Collins Dr Stop 84cp42 Suite 2133, Penns Grove, NJ 08069-3600 |
| 520800162 | | Email/Text: bankruptcies.notifications@bcu.org | Jan 22 2026 21:10:00 | BCU, Visa, 340 N Milwaukee Ave, Vernon Hills, IL 60061 |
| 520800161 | | Email/Text: bankruptcies.notifications@bcu.org | Jan 22 2026 21:10:00 | BCU, Visa, PO Box 8133, Vernon Hills, IL 60061-8133 |
| 520800163 | | Email/Text: bankruptcynotices@bermanrabin.com | Jan 22 2026 21:09:00 | Berman & Rabin, P.A., 15280 Metcalf Avenue, Overland Park, KS 66223 |
| 520800169 | ^ | MEBN | Jan 22 2026 21:06:30 | CCMUA, Po Box 1105, Bellmawr, NJ 08099-5105 |
| 520800177 | | Email/Text: correspondence@credit-control.com | Jan 22 2026 21:09:00 | Credit Control LLC, for Venmo, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 520800178 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2026 21:31:53 | CREDIT ONE BANK, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520800166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 21:21:39 | Capital One, Po Box 4069, Carol Stream, IL 60197-4069 |
| 520800168 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 22 2026 21:21:29 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520804244 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 21:21:14 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520829958 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 21:21:40 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520812317 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2026 21:21:29 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520800170 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2026 21:21:12 | Chase Cardmember Services, Po Box 1423, Charlotte, NC 28201-1423 |
| 520800171 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 22 2026 21:21:12 | Chase/Amazon, Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 520800172 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2026 21:21:31 | Citibank/Costco, PO Box 70272, Philadelphia, PA 19176-0272 |
| 520800174 | + | Email/Text: mediamanagers@clientservices.com | Jan 22 2026 21:08:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 520800179 | | Email/Text: mrdiscen@discover.com | Jan 22 2026 21:08:00 | Discover, Po Box 70176, Philadelphia, PA 19176-0176 |
| 520800182 | | Email/Text: BNSFS@capitalsvcs.com | Jan 22 2026 21:09:00 | HUE/First Savings Credit Card, Po Box 2509, Omaha, NE 68103 |
| 520800181 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 22 2026 21:21:30 | Home Depot Credit Services, Po Box 70600, Philadelphia, PA 19176-0600 |
| 520800183 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2026 21:09:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520820693 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 21:10:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520819189 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 22 2026 21:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

Case 25-19283-JNP    Doc 36    Filed 01/24/26    Entered 01/25/26 00:17:00    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: plncf13 | Total Noticed: 68 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520800185 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 21:21:39 | Kohl's Payment Center, PO Box 1456, Charlotte, NC 28201-1456 |
| 520800186 | | Email/Text: govtaudits@labcorp.com | Jan 22 2026 21:09:00 | Laboratory Corporation of America, Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 520802966 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:21:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520800187 | | Email/Text: camanagement@mtb.com | Jan 22 2026 21:10:00 | M & T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 520864171 | | Email/Text: camanagement@mtb.com | Jan 22 2026 21:10:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 520854869 | | Email/Text: Bankruptcy_Notices@navient.com | Jan 22 2026 21:10:00 | Navient Solutions - PTN, PO Box 8004, Fishers, IN 46038 |
| 520800188 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2026 21:10:00 | NELNET LOAN SERVICES, PO Box 82561, Lincoln, NE 68501-2561 |
| 520800189 | + | Email/Text: ebn@nemours.org | Jan 22 2026 21:10:00 | Nemours Children's Health, The Nemours Foundation, PO Box 530253, Atlanta, GA 30353-0253 |
| 520800190 | | Email/Text: csc.bankruptcy@amwater.com | Jan 22 2026 21:10:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 520802680 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 21:10:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520800192 | + | Email/Text: ngisupport@radiusgs.com | Jan 22 2026 21:09:00 | RADIUS GLOBAL SOLUTION, 7831 GLENROY RD Suite 250-A, EDINA, MN 55439-3117 |
| 520802967 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:21:17 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520800191 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 22 2026 21:09:00 | New Jersey Division of Taxation, Bankruptcy Unit, Po Box 281, Trenton, NJ 08695-0281 |
| 520810213 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 22 2026 21:09:00 | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 520800197 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2026 21:21:11 | SYNCB/PAYPAL, PO Box 71707, Philadelphia, PA 19176-1707 |
| 520800194 | ^ | MEBN | Jan 22 2026 21:06:32 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 520800196 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 22 2026 21:09:00 | Sunrise Credit Svcs, PO Box 9004, Melville, NY 11747-9004 |
| 520800198 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 22 2026 21:11:00 | TBOM - Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 520811864 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2026 21:10:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN NE 68508-1911 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520800167 | * | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 22, 2026 | Form ID: plncf13 | Total Noticed: 68 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Joint Debtor Stacy S Coulter Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Debtor James B Coulter Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Kimberly A. Wilson | on behalf of Creditor M&T Bank kimberly.wilson@brockandscott.com wbecf@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7