UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
Clayman Law LLC
1814 East Route 70, Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

In Re:

Coulter, James B; Coulter, Stacy S

Case No.: 25-19283

Chapter: 13

Adv. No.: ____________

Hearing Date: 9/1/2026

Judge: Jerrold N. Poslusny, Jr.

## CERTIFICATION OF SERVICE

1. I, Kristin L. Thomas :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Eric J. Clayman, who represents Stacy and James Coulter in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On 8/12/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Notice of Motion to Vacate Dismissal of Case, Certification in Support of Motion to Vacate Dismissal, Order on Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/12/2026

/s/ Kristin L. Thomas
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Atlantic City Electric<br>5 Collins Dr Stop 84cp42 Suite 2133<br>Penns Grove, NJ 08069−3600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>New Jersey American Water<br>PO Box 371331<br>Pittsburgh, PA 15250−7331 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>State of New Jersey<br>Department of the Treasury, Division of Taxation, P.O. Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>U.S. Department of Education<br>c/o Nelnet, 121 South 13th Street<br>Lincoln, NE 68508. | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Capital One, N.A<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>CCMUA<br>Po Box 1105<br>Bellmawr, NJ 08099−5105 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Capital One Auto Finance, a division of Capital One, N.A.<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Ally Capital c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Navient Solutions - PTN<br>PO Box 8004<br>Fishers, IN 46038 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>M&T BANK<br>PO BOX 840<br>Buffalo, NY 14240-0840 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Borough of Gibbsboro<br>49 Kirkwood Road<br>Gibbsboro, NJ 08026 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>US Department of Education<br>PO Box 16448<br>Saint Paul, MN, 55116 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Action Karate<br>700 Cooper Rd,<br>Voorhees, NJ 08043 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Advocare Allergy and Asthma<br>54 E Main St<br>Marlton, NJ 08053-2141 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Advocare Atrium Pediatrics<br>301 Old Marlton Pike W #1st<br>Marlton, NJ 08053 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Advocare ENT Specialty Center<br>406 Lippincott Dr Ste F<br>Marlton, NJ 08053-4168 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Advocare, LLC<br>Po Box 71422<br>Philadelphia, PA 19176-1422 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>ALLY FINANCIAL<br>Po Box 380902<br>Bloomington, MN 55438-0902 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>APEX ASSET MANAGEMENT<br>fbo Virtua<br>PO Box 5407<br>Lancaster, PA 17606-5407 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Apria<br>Po Box 3475<br>Toledo, OH 43607-0475 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>ARstrat<br>231 W. Main St 2nd Floor<br>Denison, TX 75020 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Atlantic City Electric<br>5 Collins Dr Stop 84cp42 Suite 2133<br>Penns Grove, NJ 08069-3600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>BCU<br>Visa<br>PO Box 8133<br>Vernon Hills, IL 60061-8133 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Berman & Rabin, P.A.<br>15280 Metcalf Avenue<br>Overland Park, KS 66223 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Boro of Gibbsboro Municipal Court<br>606 W Nicholson Rd,<br>Audubon, NJ 08106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Borough of Gibbsboro<br>49 Kirkwood Road<br>Gibbsboro, NJ 08026 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Capital One<br>Po Box 4069<br>Carol Stream, IL 60197-4069 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Chase Cardmember Services<br>Po Box 1423<br>Charlotte, NC 28201-1423 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Chase/Amazon<br>Cardmember Service<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Citibank/Costco<br>PO Box 70272<br>Philadelphia, PA 19176-0272 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-4047 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Cooper University Healthcare<br>PO Box 2090<br>Morrisville, NC 27560 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Cord Blood Registry<br>6550 S Bay Colony Dr Ste 160<br>Tucson, AZ 85756-7171 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Credit Control LLC<br>for Venmo<br>3300 Rider Trl S Ste 500<br>Earth City, MO 63045-1338 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>CREDIT ONE BANK<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Home Depot Credit Services<br>Po Box 70600<br>Philadelphia, PA 19176-0600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>HUE/First Savings Credit Card<br>Po Box 2509<br>Omaha, NE 68103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Katz JCC<br>1301 Springdale Rd,<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Kohl's Payment Center<br>PO Box 1456<br>Charlotte, NC 28201-1456 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Laboratory Corporation of America<br>Labcorp<br>PO Box 2240<br>Burlington, NC 27216-2240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>M & T Bank<br>PO Box 619063<br>Dallas, TX 75261-9063 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Nemours Children's Health<br>The Nemours Foundation<br>PO Box 530253<br>Atlanta, GA 30353 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>New Jersey American Water<br>PO Box 371331<br>Pittsburgh, PA 15250-7331 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Radius Global Solution<br>7831 Glenroy Rd, Suite 250-A, Edina, MN 55439 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Regional Sewer Service Invoice<br>Po Box 1105<br>Bellmawr, NJ 08099 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>South Jersey Gas<br>PO Box 6091<br>Bellmawr, NJ 08099-6091 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>South Jersey Radiology<br>PO Box 748490<br>Atlanta, GA 30374 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Sunrise Credit Svcs<br>PO Box 9004<br>Melville, NY 11747 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>SYNCB/PAYPAL<br>PO Box 71707<br>Philadelphia, PA 19176-1727 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>TBOM - Milestone<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Officer, Managing, Or General Agent<br>Virtua<br>Po Box 8500-8267<br>Philadelphia, PA 19178-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Wahl, Dr. Charles<br>108 West Collings Avenue<br>Collingswood, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*