UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
Clayman Law LLC
1814 East Route 70, Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

In Re:

Coulter, James B; Coulter, Stacy S

| | |
|---|---|
| Case No.: | 25-19283 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, Kristin L. Thomas :

☐ represent ______________________ in this matter.

☒ am the secretary/paralegal for Eric J. Clayman, who represents Stacy and James Coulter in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On 8/12/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Order on Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 8/12/2026

/s/ Kristin L. Thomas
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Atlantic City Electric<br>5 Collins Dr Stop 84cp42 Suite 2133<br>Penns Grove, NJ 08069−3600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Concora Credit Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>New Jersey American Water<br>PO Box 371331<br>Pittsburgh, PA 15250−7331 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>State of New Jersey<br>Department of the Treasury, Division of Taxation, P.O. Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>U.S. Department of Education<br>c/o Nelnet, 121 South 13th Street<br>Lincoln, NE 68508. | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Capital One, N.A<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>CCMUA<br>Po Box 1105<br>Bellmawr, NJ 08099−5105 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Capital One Auto Finance, a division of Capital One, N.A.<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Ally Capital c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Navient Solutions - PTN<br>PO Box 8004<br>Fishers, IN 46038 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>M&T BANK<br>PO BOX 840<br>Buffalo, NY 14240-0840 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Borough of Gibbsboro<br>49 Kirkwood Road<br>Gibbsboro, NJ 08026 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>US Department of Education<br>PO Box 16448<br>Saint Paul, MN, 55116 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Action Karate<br>700 Cooper Rd,<br>Voorhees, NJ 08043 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Advocare Allergy and Asthma<br>54 E Main St<br>Marlton, NJ 08053-2141 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Advocare Atrium Pediatrics<br>301 Old Marlton Pike W #1st<br>Marlton, NJ 08053 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Advocare ENT Specialty Center<br>406 Lippincott Dr Ste F<br>Marlton, NJ 08053-4168 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Advocare, LLC<br>Po Box 71422<br>Philadelphia, PA 19176-1422 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>ALLY FINANCIAL<br>Po Box 380902<br>Bloomington, MN 55438-0902 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>APEX ASSET MANAGEMENT<br>fbo Virtua<br>PO Box 5407<br>Lancaster, PA 17606-5407 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Apria<br>Po Box 3475<br>Toledo, OH 43607-0475 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>ARstrat<br>231 W. Main St 2nd Floor<br>Denison, TX 75020 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Atlantic City Electric<br>5 Collins Dr Stop 84cp42 Suite 2133<br>Penns Grove, NJ 08069-3600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>BCU<br>Visa<br>PO Box 8133<br>Vernon Hills, IL 60061-8133 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Berman & Rabin, P.A.<br>15280 Metcalf Avenue<br>Overland Park, KS 66223 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Boro of Gibbsboro Municipal Court<br>606 W Nicholson Rd,<br>Audubon, NJ 08106 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Borough of Gibbsboro<br>49 Kirkwood Road<br>Gibbsboro, NJ 08026 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Capital One<br>Po Box 4069<br>Carol Stream, IL 60197-4069 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Chase Cardmember Services<br>Po Box 1423<br>Charlotte, NC 28201-1423 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Chase/Amazon<br>Cardmember Service<br>PO Box 1423<br>Charlotte, NC 28201-1423 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Citibank/Costco<br>PO Box 70272<br>Philadelphia, PA 19176-0272 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Client Services, Inc.<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-4047 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Cooper University Healthcare<br>PO Box 2090<br>Morrisville, NC 27560 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Cord Blood Registry<br>6550 S Bay Colony Dr Ste 160<br>Tucson, AZ 85756-7171 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Credit Control LLC<br>for Venmo<br>3300 Rider Trl S Ste 500<br>Earth City, MO 63045-1338 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>CREDIT ONE BANK<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Home Depot Credit Services<br>Po Box 70600<br>Philadelphia, PA 19176-0600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>HUE/First Savings Credit Card<br>Po Box 2509<br>Omaha, NE 68103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Katz JCC<br>1301 Springdale Rd,<br>Cherry Hill, NJ 08003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Kohl's Payment Center<br>PO Box 1456<br>Charlotte, NC 28201-1456 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Laboratory Corporation of America<br>Labcorp<br>PO Box 2240<br>Burlington, NC 27216-2240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>M & T Bank<br>PO Box 619063<br>Dallas, TX 75261-9063 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Nemours Children's Health<br>The Nemours Foundation<br>PO Box 530253<br>Atlanta, GA 30353 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>New Jersey American Water<br>PO Box 371331<br>Pittsburgh, PA 15250-7331 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Radius Global Solution<br>7831 Glenroy Rd, Suite 250-A, Edina, MN 55439 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Regional Sewer Service Invoice<br>Po Box 1105<br>Bellmawr, NJ 08099 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>South Jersey Gas<br>PO Box 6091<br>Bellmawr, NJ 08099-6091 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>South Jersey Radiology<br>PO Box 748490<br>Atlanta, GA 30374 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Sunrise Credit Svcs<br>PO Box 9004<br>Melville, NY 11747 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>SYNCB/PAYPAL<br>PO Box 71707<br>Philadelphia, PA 19176-1727 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>TBOM - Milestone<br>Po Box 4499<br>Beaverton, OR 97076-4499 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Officer, Managing, Or General Agent<br>Virtua<br>Po Box 8500-8267<br>Philadelphia, PA 19178-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Officer, Managing, Or General Agent<br>Wahl, Dr. Charles<br>108 West Collings Avenue<br>Collingswood, NJ 08108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*